PROB 12C
(6/16)

Report Date: August 31, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2026

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Siaosilepelenis L Tuaimalo    Case Number: 0980 2:13CR00124-TOR-2

Address of Offender: [redacted]., Davenport, Washington 99122

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 7, 2016

Original Offense: Conspiracy to Possess with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. §§ 841(a)(1)(b)(1)(A), and 846

Original Sentence: Prison - 180 months; TSR - 60 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Earl Allen Hicks    Date Supervision Commenced: May 11, 2026

Defense Attorney: Federal Defenders Office    Date Supervision Expires: May 10, 2031

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition with previous petition submitted to the Court on August 19, 2026.

On May 11, 2026, the offender's conditions of supervision were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: It is alleged Mr. Tuaimalo violated his conditions of supervised release by committing fourth degree assault, in violation of R.C.W 9A.36.041 GM.

The following is taken from a police report filed by the Spokane Police Department on August 25, 2026.

On August 26, 2026 around 12:29 a.m., an officer was dispatched for a reported domestic violence incident.

A caller reported that a female had allegedly been kidnapped, assaulted and had her vehicle stolen by Mr. Tuaimalo. The victim reported that she had only known Mr. Tuaimalo for

approximately 2 weeks and recently began dating Mr. Tuaimalo. He had been staying with the victim. About 3 days prior, Mr. Tuaimalo became upset after learning the victim had no money. He struck her in the eye, causing a bruise. The victim reported he threatened her with a firearm and threatened to kill her. He then threw a knife at the victim and told her to slice herself before he carved her up like a piece of meat and kill her. She told the officers that she had been going through hell the past 3 days. Mr. Tuaimalo said that if the victim ever snitched on him, he would make sure she would never talk again. And never see her kids again. The victim also reported that Mr. Tuaimalo held her down and injected her with drugs that she believed to be methamphetamine. The vicitm stated that she does not do drugs.

on August 25, 2026, Mr. Tuaimalo is alleged to have slapped and punched the victim multiple times with closed fists on the head, face and ribs. The victim believes she was pistol whipped at one point and saw a pistol fall to the ground. She kicked the firearm under the car and then drove away.

The vicitm further reported that she saw Mr. Tuaimalo carrying a black pistol in a shoulder holster and also saw him with a rifle. He had also made statements that if the police ever got behind him he was going to shoot it out with the police.

Officers observed multiple injuries on the victim including dark/purple bruising under her left eye. The victim had an abrasion with dried blood inside the top of her left ear and a larger abrasion on her right forearm where it was alleged Mr. Tuaimalo injected her with drugs. There were also abrasions on her neck and bruising on both of her arms.

Based on the information, probable cause was found to arrest Mr. Tuaimalo for two counts of fourth degree assault with additional charges forthcoming

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/31/2026

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

9/1/2026

Date